**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,** | |
| Plaintiff, | **Civil Action No: 6:20-cv-00633-ADA** |
| v. | **PATENT CASE** |
| **ANGIE'S LIST, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Angie's List, Inc. respectfully states that it is a wholly-owned subsidiary of ANGI Homeservices, Inc., which is a publicly traded company. IAC/InterActiveCorp owns more than 10% of ANGI Homeservices, Inc.

Dated: September 22, 2020

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Ricardo J. Bonilla
      Neil J. McNabnay
      mcnabnay@fr.com
      Texas Bar No. 24002583
      Ricardo J. Bonilla
      rbonilla@fr.com
      Texas Bar No. 24082704

      1717 Main Street, Suite 5000
      Dallas, Texas 75201
      (214) 747-5070 (Telephone)
      (214) 747-2091 (Facsimile)

*Attorneys for Defendant*
*Angie's List, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 23, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

_/s/ Ricardo J. Bonilla_
Ricardo J. Bonilla